No. 960, Misc. DIRRING *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 981, Misc. KAUFMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 986, Misc. HACKER *v.* DISTRICT COURT OF SEDGWICK COUNTY. Sup. Ct. Kan. Certiorari denied.

No. 988, Misc. McKINNEY *v.* MITCHELL, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for respondents.

No. 991, Misc. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Kirk M. McAlpin* and *A. Felton Jenkins, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 999, Misc. DA COSTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Luke McKissack* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1024, Misc. CASTILLO *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.